UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIANE LAMONICA,

                Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

JUDGMENT
05-CV- 1643 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on February 14, 2006, granting the Commissioner's unopposed motion for remand; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the Commissioner's unopposed motion for remand is granted.

Dated: Brooklyn, New York
        February 14, 2006

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court